1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    NAVIGATORS SPECIALTY
     INSURANCE COMPANY,
9
                Plaintiff,                      Case No.  C11-1269RSL
10
         v.                                     ORDER TO SHOW CAUSE
11
     GLOBAL DEVELOPMENT, LLC, *et al.*,
12
                Defendants.
13

14

15        This matter comes before the Court *sua sponte*.  On August 2, 2011, plaintiff filed

16   its complaint with this Court alleging that the Court has jurisdiction based on the diversity

17   of citizenship of the parties.  See 28 U.S.C. § 1332(a) (establishing that the federal court's

18   basic diversity jurisdiction extends to "all civil actions where the matter in controversy

19   exceeds . . . $75,000 . . . and is between . . . citizens of different States.").  "For a case to

20   qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete

21   diversity of citizenship between the parties opposed in interest."  Kuntz v. Lamar Corp.,

22   385 F.3d 1177, 1181 (9th  Cir. 2004) (internal citation omitted).  In examining whether

23   complete diversity is present, the citizenship of a limited liability company is determined

24   by examining the citizenship of the owners/members.  See Johnson v. Columbia Props.

25

26   ORDER TO SHOW CAUSE - 1

1  Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an

2  LLC is a citizen of every state of which its owners/members are citizens.").

3      In its complaint, however, plaintiff failed to allege the citizenship of each

4  owner/member of the many LLC defendants.  Therefore, plaintiff has failed to meet its

5  burden to establish the basis of the Court's jurisdiction.  See Indus. Tectonics, Inc. v.

6  Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990) ("The party asserting jurisdiction has the

7  burden of proving all jurisdictional facts"); Fed R. Civ. P. 12(h)(3) ("If the Court

8  determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the

9  action").  As a result, plaintiff is ORDERED TO SHOW CAUSE why the Court should

10  not dismiss this action for lack of subject matter jurisdiction under Fed. R. Civ. P.

11  12(h)(3) by providing the Court with the citizenship of all of the owners/members of the

12  LLC defendants at the time the complaint was filed by August 26, 2011.  The Clerk of the

13  Court is directed to place this order to show cause on the Court's calendar for August 26,

14  2011.

15

16      DATED this 4th day of August, 2011.

17

18

19              Robert S. Lasnik
                United States District Judge
20

21

22

23

24

25

26  ORDER TO SHOW CAUSE - 2